# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| KATHLEEN GALIETTA ) | Case No. 2:09-cv-00227-ECV |
|         ) | |
| Plaintiff,     ) | |
|         ) | |
| v.       ) | |
|         ) | |
| STUART ALLEN & ASSOCIATES, INC., ) | |
|         ) | |
| Defendant.    ) | |

## NOTICE OF VOLUNTARY DISMISSAL

KATHLEEN GALIETTA (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, STUART ALLEN & ASSOCIATES, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By:      /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025

1